UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAUL OLIVAS,<br><br>            Plaintiff,<br><br>     v.<br><br>GOLDEN 1 CU, TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,<br><br>            Defendants. | Case No. 2:22-cv-01243-MCE-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>Judge:  Morrison C. England, Jr.<br><br>Mag.:  Carolyn K. Delaney |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, IT IS HEREBY ORDERED that the Defendant Equifax Information Services LLC shall have up to and including September 9, 2022, in which to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  August 12, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE