ROBERT SIBILIA S.B.N. 126979
Oceanside Law Center
P.O. Box 861
Oceanside, CA 92049
Tel: (818) 478-8205
Fax: (818) 698-0300
Email: robert@oceansidelawcenter.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

RAUL OLIVAS,

    Plaintiff,

v.

GOLDEN 1 CU, TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE No.: 2:22-cv-01243-CKD

**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT TRANS UNION'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff Raul Olivas and Defendant Trans Union, LLC (collectively "the Parties") hereby respectfully request the Court to amend the briefing schedule for Defendant's Motion For Judgment on the Pleadings which was filed on July 24, 2024, to allow for additional time for Plaintiff to file his Opposition. The hearing on Defendant's Motion is currently set for October 3, 2024. Plaintiff's Opposition is currently due on September 6, 2024 and Defendant's Reply brief due on

September 16, 2024. The parties are seeking a one (1) week extension of the current briefing schedule.

Plaintiff's counsel has been recently traveling for a pre-trial conference and has been extensively drafting an unexpected and time-sensitive appellate petition for rehearing. Thus, Plaintiff requires additional time to address the issues raised in Defendant's Motion. The parties have conferred regarding this extension and are in agreement. Given this, the parties are seeking a short one (1) week extension of time of the current deadlines as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition: | September 6, 2024 | September 13, 2024 |
| Defendant's Reply: | September 16, 2024 | September 23, 2024 |
| Hearing Date: | October 3, 2024 | October 3, 2024 |

WHEREFORE, Plaintiff and Defendant Trans Union pray that this Court extend the above-referenced remaining deadlines, as stipulated by the parties, and for all other just and appropriate relief. This is the second request for an extension.

Dated: September 4, 2024.

Respectfully submitted,

 _/s/ Jason S. Roberts_            _/s/ Robert Sibilia_
Jason Roberts, Esq.            ROBERT SIBILIA S.B.N. 126979
Resnick & Louis, P.C.          Oceanside Law Center

9891 Irvine Center Drive, Suite 200
Irvine, CA 92618
Tel.: (909) 457-7402
Email: jsroberts@rlattorneys.com
*Attorney for Trans Union LLC*

P.O. Box 861
Oceanside, CA 92049
Tel: (818) 478-8205
Fax: (818) 698-0300
Email: robert@oceansidelawcenter.com
Attorney for Plaintiff, Raul Olivas
*Attorney for Plaintiff*

Dated:  September 6, 2024      /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE